```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                               Case No. 17-04894-RNO
William Kenneth Stocker, Jr.                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: DDunbar            Page 1 of 1         Date Rcvd: Jan 04, 2018
                           Form ID: ordsmiss        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db              +William Kenneth Stocker, Jr.,    2537 Allegheny Drive,   Blakeslee, PA 18610-2304
4996666         +KML LAW GROUP,    701 MARKET ST,    SUITE 5000,   PHILADELPHIA, PA 19106-1541
4996668         +LAKEVIEW LOAN SERVICING,    4425 PONCE DE LEON VLVD,    CORAL GABLES, FL 33146-1837
4996667         +M&T BANK,   PO BOX 619063,    DALLAS, TX 75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Kenneth Stocker Jr.<br>**Debtor(s)** | Chapter 13 |
| | Case No. 5:17–bk–04894–RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated: January 4, 2018                    By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk